# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**COBHAM MISSION SYSTEMS DAVENPORT AAR, INC.**<br><br>Defendant. | Case No. 1:20-cv-01591-UNA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO ANSWER

Counsel for Cobham Mission Systems Davenport AAR, Inc. ("Cobham"), and Counsel for Plaintiff Nitetek Licensing LLC ("Nitetek"), have conferred regarding an extension of time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint. Subject to the Court's approval, Plaintiff requests Defendant's time to file its Answer or otherwise respond to the Complaint shall be extended thirty (30) days until and including January 15, 2021.

Respectfully submitted,

**GAWTHROP GREENWOOD, PC**
/s/ *David deBruin*
David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Phone: 302-777-5353

Dated: December 16, 2020
ddebruin@gawthrop.com

*Counsel for Plaintiff*
*Nitetek Licensing LLC*

Isaac Rabicoff, Esq.
**Rabicoff Law LLC**
5680 King Centre Dr., Suite 645
Alexandria, VA 22315
(773) 669-4590
isaac@rabilaw.com

# [PROPOSED] ORDER

Pursuant to the above stipulation, it is **SO ORDERED.**

December __, 2020.

                                              _____
                                              UNITED STATES DISTRICT JUDGE