# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **Cobham Mission Systems Davenport AAR Inc.,** <br><br> Defendant. | Case No. 1:20-cv-01591-MN <br><br> Patent Case <br><br> Jury Trial Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nitetek Licensing LLC hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: January 8, 2021    Respectfully submitted,

/s/ David deBruin
David deBruin (No. 4846)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**Counsel for Plaintiff
Nitetek Licensing LLC**

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE